"Exhibit 1"

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-06-137-23588 | | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|---|
| Received Date: February 13, 2006 | Priority Date: | Applicant: | A096747480 YILMAZ, OZGUR |
| Notice Date: February 16, 2006 | Page    1 OF 1 | ASC Code: | 3 |

| OZGUR YILMAZ 1717 WOODLAND AVE APT 215 PALO ALTO CA 94303 | Notice Type: | Receipt Notice |
|---|---|---|
| | Amount Received: | $395.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
·        a passport or national photo identification issued by your country,
·        a driver's license,
·        a military photo identification, or
·        a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



"Exhibit 2"

**U.S. Department of Justice**

*Immigration & Naturalization Service*

1887 Monterey Road
San Jose, CA 95112

## ADJUSTMENT OF STATUS NOTICE

DATE: **JUN 1 5 2006**

YOUR ALIEN REGISTRATION No.:

*96 747 480*

Riding With _____

Dear Applicant: Ozgur Yilmaz

Your application for permanent resident status is pending for the reason(s) checked below:

---

**INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW.** No response will be given if submitted prior to the 120 days. Inquiries may be submitted in one of the following manners:

WALK-IN OR DROP OFF INQUIRY:      OR      MAIL
INFORMATION UNIT LOBBY      Bureau of Citizenship & Immigration Services
1887 Monterey Road, San Jose, CA      ATTN: AOS INQUIRIES
SERVICE HOURS: Mon., Tues., Wed. and Fri. - 7:00 AM – 3:00 PM      1887 Monterey Road
Thurs. – 7:00 AM – 12:00 NOON      San Jose, CA 95112

**NOTE: Please bring this notice with you if you come to the office. Please include a copy of this notice with any correspondence.**

---

[X] A required background check has been initiated; however, a response is still pending for

[X] you   ☐ your spouse   ☐ your child(ren): _____     2/28/06

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available. Your category is: _____
Country of Chargeability: _____ Priority Date _____ *When a visa number is available, you should MAIL a copy of this notice to: B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within* **six months** *from the above date, you may inquire concerning your case in Room 219, Window 2.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Asylum Adjustment visa numbers are **NOT** available until October 1st of each year. If you have not heard anything by **December 1st** of that year, **mail** a copy of this notice to: *B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ Please follow the instructions on Form I-72. You must submit all requested documents within 90 days. Additional time may not be granted (see 8 CFR 103.2(b)(8)).

**R.POSSENTINI**

DAO _____         ☐ Attorney Notified

WR-830    (SNJ) 2210    (REV. 06/05/03)

**"Exhibit 3"**



**U.S. Department of Homeland Security**
USCIS
1887 Monterey Road
San Jose,CA 95112

**U.S. Citizenship
and Immigration
Services**

Tuesday, December 5, 2006

OZGUR YILMAZ
400 CHIQUITA AVE
MOUNTAIN VIEW CA 94041

Dear OZGUR YILMAZ:

On 11/21/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 12/15/2006 |
| **Receipt #:** | MSC-06-137-23588 |
| **Beneficiary (if you filed for someone else):** | YILMAZ, OZGUR |
| **Your USCIS Account Number (A-number):** | A096747480 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

We have received your new address reported in this inquiry and filed a copy with your case file.

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

U.S. CIS - 12-05-2006 10:36 AM EST - MSC-06-137-23588

**"Exhibit 4"**

06/20/2006

202-324-3367
David Hardy
Chief RID Section
FBI Headquarters
Washington, DC 20535

To Whom It May Concern:

I like to find out about the status of USCIS name check request; I believe the request was sent to you on February 8 and I had my interview on June 15 and I was told that the background check was pending.
My information is as follows;

**Applicant Name:** Ozgur Yilmaz
**DOB:** October 24, 1979
**Country of Birth:** Turkey
**Address:**      1717 Woodland Ave. Apt#215
              Palo Alto, CA 94303
**Telephone #:** (650) 327-2425
**A# :** A 096 747 480
**USCIS Petition # :** I-485  Receipt Number MSC-06-137-23588
**Return Fax # :** (650) 578-2804

Best regards,

Ozgur Yilmaz

"Exhibit 5"

David M. Hardy, Chief
Record/Information Dissemination Section
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535
Fax: (202) 324-3752

Sub: PRIVACY ACT REQUEST

Dear Mr. Hardy:
Under the Freedom of Information Act, 5 U.S.C. section 552 and the Privacy Act, 5
U.S.C. section 552a, please furnish me with copies of all records about me indexed to my
name or my identifying information, maintained in the Central Records System (CRS).

To help identify information about me in your records systems and/or programs, I am
providing the following identifying information:
Full Name: Ozgur Yilmaz
Date of Birth: October 24, 1979
Place of Birth: Samsun, Turkey
Social Security Number: 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
Current Address: 400 Chiquita Ave, Mountain View, CA 94041
Home Phone Number: 650-938-4110

If you have any questions about handling this request, you may phone me at 408-691-
6567 (day or evenings). Please respond to: Ozgur Yilmaz, 400 Chiquita Ave, Mountain
View, CA 94041

Sincerely,

Ozgur Yilmaz

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true
and correct and that I am requesting release of my records to myself.

Executed on November 21, 2006

**"Exhibit 6"**



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

January 12, 2007

MR. OZGUR YILMAZ
400 CHIQUITA AVENUE
MOUNTAIN VIEW, CA 94041

Request No.: 1066909- 000
Subject: YILMAZ, OZGUR

Dear Mr. Yilmaz:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

"Exhibit 7"

**U.S. Department of Homeland Security**
USCIS
1487 Monterey Road
San Jose, CA 95112



**U.S. Citizenship
and Immigration
Services**

Tuesday, September 18, 2007

OZGUR YILMAZ
460 CHIQUITA AVE
MOUNTAIN VIEW CA 94041

Dear Ozgur Yilmaz

On 09/12/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following.

| Caller indicated they are: | Applicant or Petitioner |
|---|---|
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 02/01/2006 |
| **Receipt #:** | MSC-06-137-23588 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

"Exhibit 8"

U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

**EMPLOYMENT AUTHORIZATION CARD**

The person identified is authorized to work in the U.S. for the validity of this card.

NAME YILMAZ, OZGUR

INS A# 135-757-739

CARD # WAC0402752112

Birthdate [illegible] Category Sex

[illegible] C[illegible] M

Country of Birth

Turkey

Terms and Conditions

[illegible] practical trng

fingerprint not available

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 02/21/04 EXPIRES 02/20/05

U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

**EMPLOYMENT AUTHORIZATION CARD**

The person identified is authorized to work in the U.S. for the validity of this card.

NAME YILMAZ, OZGUR

A# 096-747-480

CARD # MSC0613723591

Birthdate Category Sex

10/[illegible] C09 M

Country of Birth

Turkey

Terms and Conditions

None

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 04/28/06 EXPIRES 04/27/07

U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

**EMPLOYMENT AUTHORIZATION CARD**

The person identified is authorized to work in the U.S. for the validity of this card.

NAME YILMAZ, OZGUR

A# 096-747-480

CARD # MSC0780065999

Birthdate Category Sex

10/[illegible] C09 M

Country of Birth

Turkey

Terms and Conditions

None

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 04/28/07 EXPIRES 04/27/08