JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OZGUR YILMAZ, ) | No. C 07-6177 JL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO EXTEND DATES;** |
| ) | **and [PROPOSED] ORDER** |
| MICHAEL B. MUKASEY, Attorney ) | |
| General of the United States; et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about December 6, 2007. The United States Attorney's Office was not served until December 26, 2007.

    2. Pursuant to this Court's December 6, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on March 5, 2008 and attend a case management conference on March 12, 2008.

///

///

///

///

**1**     3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:                February 25, 2008

Last day to file Joint ADR Certification:           March 12, 2008

Last day to file/serve Joint Case Management Statement: March 26, 2008

Case Management Conference:                          April 2, 2008 at 10:30 a.m.

Date: February 7, 2008                              Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Date: February 7, 2008                              /s/
SHAH PEERALLY
ERICH KEEFE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JAMES LARSON
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.