1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 OZGUR YILMAZ,                      )     No. C 07-6177 JL
                                      )
13                 Plaintiff,         )
                                      )
14      v.                            )     **CONSENT TO PROCEED BEFORE A**
                                      )     **UNITED STATES MAGISTRATE**
15 MICHAEL B. MUKASEY, Attorney       )     **JUDGE**
   General of the United States; et al., )
16                                    )
                   Defendants.        )
17 ───────────────────────────────────)

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CONSENT
07-6177 JL

1  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties
2  hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further
3  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
4  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Date: February 7, 2008                          Respectfully submitted,

                                                                  JOSEPH P. RUSSONIELLO
                                                                   United States Attorney

                                                                   /s/
                                                                  MELANIE L. PROCTOR[1]
                                                                  Assistant United States Attorney
                                                                  Attorneys for Defendants

                                                                  /s/
Date: February 7, 2008                          SHAH PEERALLY
                                                                  ERICH KEEFE
                                                                 Attorneys for Plaintiff

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

CONSENT
07-6177 JL                                      2