1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  OZGUR YILMAZ,                    )    No. C 07-6177 JL
                                     )
13                    Plaintiff,     )
                                     )
14         v.                        )    **STIPULATION TO EXTEND DATES;**
                                     )    **and [PROPOSED] ORDER**
15  MICHAEL B. MUKASEY, Attorney     )
    General of the United States; et al., )
16                                   )
                      Defendants.    )
17  _____ )

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO EXTEND DATES
07-6177 JL

1    It appears that this case may be resolved administratively within the next thirty days.  Thus,

2  in order to allow sufficient time for Defendants to consider an alternative resolution to this case

3  and/or Answer, the Defendants hereby respectfully ask this Court to extend the dates in the Court's

4  scheduling order as follows:

5      Last day to file Defendants' Answer:                    March 25, 2008

6      Last day to file Joint ADR Certification:               April 19, 2008

7      Last day to file/serve Joint Case Management Statement: April 30, 2008

8      Case Management Conference:                             May 7, 2008 at 10:30 a.m.

9  Date: February 21, 2008                    Respectfully submitted,

10                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney

11

12                                                  /s/
                                               MELANIE L. PROCTOR[1]
13                                             Assistant United States Attorney
                                               Attorneys for Defendants

14

15
                                                    /s/
16  Date: February 20, 2008                    SHAH PEERALLY
                                               ERICH KEEFE
17                                             Attorneys for Plaintiff

18
                                   **ORDER**
19
        Pursuant to stipulation, IT IS SO ORDERED.
20

21  Date:
                                               JAMES LARSON
22                                             United States Magistrate Judge

23

24

25

26

27      [1]  I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
28  signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO EXTEND DATES
07-6177 JL                        2