1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | OZGUR YILMAZ,                    )   No. C 07-6177 JL
                                      )
13 |                Plaintiff,         )
                                      )
14 |        v.                         )   **STIPULATION TO EXTEND DATES;**
                                      )   **and [PROPOSED] ORDER**
15 | MICHAEL B. MUKASEY, Attorney     )
   General of the United States; et al., )
16 |                                  )
                    Defendants.        )
17 |_____)

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO EXTEND DATES
07-6177 JL

It appears that this case may be resolved administratively within the next thirty days. Thus, in order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer, the Defendants hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:                           March 25, 2008

Last day to file Joint ADR Certification:                      April 19, 2008

Last day to file/serve Joint Case Management Statement: April 30, 2008

Case Management Conference:                                   May 7, 2008 at 10:30 a.m.

Date: February 21, 2008                     Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                        /s/
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants

                                                        /s/
Date: February 20, 2008                     SHAH PEERALLY
                                                ERICH KEEFE
                                                Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 22, 2008                     _/s/ James Larson_
                                                JAMES LARSON
                                                United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO EXTEND DATES
07-6177 JL                                  2