JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OZGUR YILMAZ, | No. C 07-6177 JL |
|     Plaintiff, | |
| v. | **STIPULATION TO DISMISS; [PROPOSED] ORDER** |
| MICHAEL B. MUKASEY, Attorney General of the United States; et al., | |
|     Defendants. | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

///
///
///
///
///
///
///

STIPULATION TO DISMISS
07-6177 JL

Each of the parties shall bear their own costs and fees.

Date: March 11, 2008                               Respectfully submitted,

                                                   JOSEPH P. RUSSONIELLO
                                                   United States Attorney


                                                   ___/s/_____
                                                   MELANIE L. PROCTOR[1]
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants


                                                   ___/s/_____
Date: March 11, 2008                               SHAH PEERALLY
                                                   ERICH KEEFE
                                                   Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby terminated. The Clerk shall close the file.

Date: _____

                                                   _____
                                                   JAMES LARSON
                                                   United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO DISMISS
07-6177 JL                                    2