1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                      UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 OZGUR YILMAZ,                    )        No. C 07-6177 JL
                                    )
13              Plaintiff,          )
                                    )
14      v.                          )        **STIPULATION TO DISMISS;**
                                    )        ~~[PROPOSED]~~ **ORDER**
15 MICHAEL B. MUKASEY, Attorney     )
   General of the United States; et al., )
16                                  )
                Defendants.         )
17 _____ )

18      Plaintiff, by and through his attorney of record, and Defendants, by and through their

19 attorneys of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in

20 light of the fact that the United States Citizenship and Immigration Services has adjudicated

21 Plaintiff's application for adjustment of status.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO DISMISS
07-6177 JL

1    Each of the parties shall bear their own costs and fees.

2
Date: March 11, 2008                          Respectfully submitted,
3
                                             JOSEPH P. RUSSONIELLO
4                                            United States Attorney

5
                                             _____/s/_____
6                                            MELANIE L. PROCTOR[1]
                                             Assistant United States Attorney
7                                            Attorneys for Defendants

8

9                                            _____/s/_____
Date: March 11, 2008                         SHAH PEERALLY
10                                           ERICH KEEFE
                                             Attorneys for Plaintiff
11

12                              **ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby terminated.

14   The Clerk shall close the file.

15
Date:    March 12, 2008                       _____
16                                           JAMES LARSON
                                             United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26   _____

27    [1]  I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
signatures indicated by a "conformed" signature (/s/) within this efiled document.
28

STIPULATION TO DISMISS
07-6177 JL                          2